Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Marcus Tyler Walters | ) |
| | ) |
| _____ | ) Case No. _____ |
| **Plaintiff(s)** | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) Jury Trial: *(check one)* ☑ Yes  ☐ No |
| *page with the full list of names.)* | ) |
| –v– | ) |
| | ) |
| TD Bank, First Horizon Bank, Metro D, TMobile | ) |
| Spartanburg County Sheriffs Office | ) |
| | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

JAN 21 2025 AM10:54
RCVD - USDC G'VILLE SC

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Marcus Walters
Address            687 Beaumont Ave
                   Spartanburg        SC        29303
                        City          State     Zip Code
County             Spartanburg
Telephone Number   864-521-7007
E-Mail Address     MarcusWalters39@~~gmail.com~~ outlook.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                       TD Bank Corp
Job or Title (if known)    Public Banking Service/Center
Address                    3410 E Main St,
                           Spartanburg      SC        29302
                               City         State     Zip Code
County                     Spartanburg
Telephone Number           881-591-8700
E-Mail Address (if known)  MarcusWalters39@gmail.com
                           [✓] Individual capacity    [ ] Official capacity

Defendant No. 2
Name                       First Horizon Bank
Job or Title (if known)    Public Banking Center
Address                    215 N Pine St, Spartanburg
                           Spartanburg      SC        29303
                               City         State     Zip Code
County                     Spartanburg
Telephone Number           ~~illegible~~ 864-983-9001
E-Mail Address (if known)  ~~illegible~~
                           [✓] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name                Metro By T-Mobile
    Job or Title *(if known)*  Spartanburg Cell Phone Store
    Address            2772 Boiling Springs Rd.

                      Spartanburg      Sc      29316
                      *City*            *State*      *Zip Code*
    County            Spartanburg
    Telephone Number    864-310-6120
    E-Mail Address *(if known)*

    [✓] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name                Spartanburg County Sheriffs Office
    Job or Title *(if known)*  governmental agency
    Address            8015 Howard St.

                      Spartanburg      Sc      29303
                      *City*            *State*      *Zip Code*
    County            Spartanburg
    Telephone Number    864-503-4500
    E-Mail Address *(if known)*

    [ ] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        1. Amendment. Human Trafficking, Forced Labor, Frauds & Swindles
        18 USC § 212.    § 1590      § 1592      § 1341

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens,* explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Metro exposed Me to bullying Harassment + forced Me to work without a Paycheck under § 1592 I was forced into Involuntary Slavery + Human Trafficking. Td Bank obviously stole My Money in My face claims for Violation usc § 1371

**III.    Statement of Claim**    Spartanburg County Violated My 2nd Ammendment and left Me in hostile Situation without Protection, because I have 2 year Mind.    (First Horizon)

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1200 College Pointe In Spartanburg County Violated My 2nd Ammendment ? Wont return legally Purchased handgun Clean.
At Metro By t-mobile I was Bullied Out By Women + forced to work for free without recieving Paycheck
Td + First Horizon Put fradulent Charges + Swindled Money Away from Business + Personal account at time of deposit.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Multiple dates Will Notify Court When Paperwork is in order.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

yes Police were involved at all Scenes except Metro by t-Mobile More Civil over Criminal Matter.
City Officer Responded to Td robbery But Was unable to do Anything due to it Being Civil FBI + DHS were Notified of Human Trafficking Between Business ties to Rothschild Illuminati As Member of this Club, I Spoke against Timotheus Hostages
+ things went South but thats Another Case All Together

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

P.tsd                                loss of Business wages.

emotional Trauma

depessonilization

loss of workers wages

loss of liberty

loss of Happiness

loss of The Pursuit of freedom

loss of life.

Abuse + Bellyins

NoNe  Self healing Methods.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

50 Million - Actual

25,000 - Punitive

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     12-29-2024

Signature of Plaintiff     *Marcus T. Walters*
Printed Name of Plaintiff     Marcus T. Walters

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Address     _____
     _____
     _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number     864 - 524 - 7004
E-mail Address     MarcusWalters39@outlook.com