# FEMA

Deanne Criswell
Administrator
Federal Emergency Management Agency

State of South Carolina

FEMA
P.O. Box 10055
Hyattsville, MD 20782-8055

Date: 12/03/2024

Disaster Number: 4829
FEMA Application Number: 638039325

Marcus T Walters
687 Beaumont Avenue
Spartanburg, SC 29303

Marcus T Walters:

You are receiving this letter because the Federal Emergency Management Agency (FEMA) received an application indicating you applied for Disaster Assistance. FEMA needs additional documentation to continue processing your application.

To avoid any processing delays, please send a copy of one of the following:

- Your Social Security card **and** current Federal or State-issued identification card
- Military identification
- United States passport booklet or card
- Documents showing name change such as court order, marriage or divorce certificate, citizenship or naturalization certificate, U.S. Tribal government document, or corrected birth certificate
- An employer's payroll document showing at least the last four numbers of your Social Security Number
- Documents from the Social Security Administration, or other Federal entity, showing at least the last four numbers of your Social Security Number

If the application is in the name of a minor child, send a copy of one of these:

- Any of the documents listed above in the child's name
- A copy of the child's birth certificate and Social Security card
- Documents from the Social Security Administration or other federal office, showing the last four digits of the child's Social Security Number

Send the requested documents by:

| Upload to: | | Fax to: | | Mail to: |
|---|---|---|---|---|
| www.DisasterAssistance.gov  *Click **Check Status** on the Home page and follow the instructions.*  *You must create an online account to upload your documents electronically to FEMA.* | **OR** | 1-800-827-8112  Attn: FEMA | **OR** | FEMA  P.O. Box 10055  Hyattsville, MD 20782-8055 |

Make sure you write your name, disaster number, and FEMA application number on all documents you send to FEMA. These numbers are printed above your name and address at the beginning of this letter. Keep all original documents for your records and only provide copies to FEMA.

12/12/22 6:01 PM 3   0000870 20241205 VL2GH101 FEMA-E1 1 oz DOM VL2GH10000 160028 S1

FEMA
P.O. Box 10055
Hyattsville, MD 20782-8055

12/12/22 6:01 PM 3   0000870 20241205 VL2GH101 FEMA-E1 1 oz DOM VL2GH10000* 160028 S1

MARCUS T WALTERS
687 BEAUMONT AVE
SPARTANBURG SC 29303-3854



**Letter: 501 of 608 in batch XX-20241205-90005**
**Please include this cover page with any correspondence that you send to FEMA**

# 638039325 4829

# Check Disbursement by Employee
## Labor Finders of South Carolina, Inc.
## Spartanburg

Report Criteria
Location : Spartanburg
Date From : 12/21/2024 To 01/06/2025
Social Security No : XXX-XX-8651

| Check No. | Type | Date | Work Order No. | Reg. Hrs | OT Hrs | DT Hrs | Pay Rate | Gross Wages | Wages | Bonus | Drive Time | Misc. | EIC | Soc. Sec. | Med. | FIT | SIT | Local Tax | Trans | Adv. | Garn. | Misc. | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee : | Walters, Marcus Tyler  687 Beaumont Ave  Spartanburg, SC 29303 | | | | | | | Social Security No : XXX-XX-8651 | | | | | | | | | | | | | | | |
| 60283 | C | 12/21/2024 | 16-6-112966 | 10.00 | 0.00 | 0.00 | 11.00 | 110.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.82 | 1.60 | 6.72 | 4.37 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 86.49 |
| | | | Weekly Total | 10.00 | 0.00 | 0.00 | 11.00 | 110.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.82 | 1.60 | 6.72 | 4.37 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 86.49 |
| | | | Monthly Total | 10.00 | 0.00 | 0.00 | 11.00 | 110.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.82 | 1.60 | 6.72 | 4.37 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 86.49 |
| | | | Employee M Walters Total | 10.00 | 0.00 | 0.00 | 11.00 | 110.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.82 | 1.60 | 6.72 | 4.37 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 86.49 |
| | | | Grand Total | 10.00 | | 0.00 | | $110.00 | | $0.00 | | $0.00 | | $6.82 | | $6.72 | | $0.00 | | $0.00 | | $0.00 | | |
| | | | 1 Checks | | 0.00 | | $11.00 | | $110.00 | | $0.00 | | $0.00 | | $1.60 | | $4.37 | | $4.00 | | $0.00 | | | $86.49 |